Rudolph Braun, an Infant, by William Braun, His Guardian ad Litem, Respondent, v. Rockwell Motor Transportation Company, Appellant.—

App. Div.] First Department, March, 1913.

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Madison Trust Company, Respondent, v. Herman Milgrim and Max Milgrim, Appellants, Impleaded with Israel Schiff and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.